In the Matter of ANTHONY M. LANZA, an attorney at law.

Argued April 8, 1957.

For the order: Mr. Frederick C. Vonhof.

For the respondent: Mr. William Gelfand.

May 6, 1957.   Respondent suspended from the practice of law for three months and until further order.   Opinion reported at 24 *N. J.* 191.

In the Matter of ELSIE L. WHITE, an attorney and counsellor at law.

Argued May 20, 1957.

For the order: Mr. William E. McGlynn.

For the respondent: Mr. Anthony T. Augelli.

June 20, 1957.   Respondent reprimanded.   Opinion reported at 24 *N. J.* 521.